UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JUAN GABRIEL GOMEZ POEY,

    *Petitioner*,

v.                                   Case No. 5:26-CV-1385-JKP

WARDEN, et al.,

    *Respondents*.

## FINAL JUDGMENT

As set forth in the Court's Order issued on this date, Petitioner's petition for writ of habeas corpus is **GRANTED.** Accordingly,

1. **On or before June 13, 2026**, Respondents shall **RELEASE** Petitioner Juan Gabriel Gomez Poey from custody to a public location under conditions no more restrictive than those in place before the detention at issue.

2. Respondents must **NOTIFY** Petitioner's counsel of the exact location and exact time of release as soon as practicable and no less than two hours before release.

3. Any possible or anticipated removal or transfer of Petitioner under this present detention is **PROHIBITED**.

4. **No later than the next business day after the ordered release date**, Respondents shall **FILE** a status report to confirm whether Petitioner has been released. If counsel for Petitioner disagrees with any aspect of the filed Status Report, counsel may file a separate Status Report.

The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED this 11th day of June 2026.**

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE